■ EUGENE PALLADINO, Respondent, v CNY CENTRO, INC., Respondent, and AMALGAMATED TRANSIT UNION LOCAL 580, Appellant. EUGENE PALLADINO, Respondent, v CNY CENTRO, INC., Respondent, and CHARLES WATSON, as Business Agent of Amalgamated Transit Union Local 580, et al., Appellants. [908

NYS2d 381]—Motion for leave to appeal to the Court of Appeals denied. Present—Martoche, J.P., Fahey, Carni, Sconiers and Green, JJ.